■ The People of the State of New York, Respondent, v Orlando Sullivan, Appellant. [749 NYS2d 925] —Appeal from a judgment of Onondaga County Court (Walsh, J.), entered August 22, 2001, convicting defendant after a jury trial of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The evidence, viewed in the light most favorable to the People (*see People v Contes,* 60 NY2d 620, 621), is legally sufficient to support defendant's conviction of robbery in the first degree (*see* Penal Law § 160.15 [4]). Upon our review of the record, we conclude that the verdict is not against the

weight of the evidence (*see People v Bleakley,* 69 NY2d 490, 495). We have examined defendant's remaining contention and conclude that it lacks merit. Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.